In the Matter of SHERWOOD IDE, JR., et al., Appellants, v. GEORGE J. PFEIFFER et al., Constituting the Municipal Civil Service Commission of the City of Buffalo, Respondents.— Motion for a stay denied.

THE PEOPLE OF THE STATE OF NEW YORK v. PASTY SENZARINO.— Motion to disqualify County Judge from conducting *coram nobis* hearing denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WIGGINS, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Application treated as motion to vacate so much of order of May 17, 1962 as denied leave to appeal as a poor person, and upon reargument leave granted to prosecute appeal on original papers and typewritten briefs and John Rinaldi, Esq., assigned as counsel.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MORGAN, JR., Appellant.— Motion to dismiss appeal denied. Order of substitution of counsel entered; Eugene J. Ouchie, Esq., removed and Victor Fuzak, Esq., substituted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEVERLY MORRIS, Appellant.— Motion to dismiss appeal denied and time for argument of appeal enlarged to include September 1962 Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD WAHL, Appellant.— Motion for leave to prosecute appeal as a poor person and for other relief denied.

## SECOND DEPARTMENT, JULY, 1962

### (July 18, 1962)

NADINE WEILER, Respondent, v. WILLIAM WEILER, Appellant.— Motion for reargument granted, without costs, and upon reargument motion for a stay granted on condition (a) that appellant within five days from the date of the entry of an order hereon pay $150 a week on account of temporary alimony commencing April 26, 1962 to the date of the payment, (b) that within five days after the entry of the order hereon appellant pay $2,000 on account of the counsel fee, (c) that within five days after the entry of the order hereon appellant furnish an undertaking for $10,000, with corporate surety, as security for the payment of any arrears in the temporary alimony or the counsel fee, in the event that the order so appealed from be affirmed or the appeal therefrom be dismissed, (d) and the further condition that the appellant continue to pay $150 a week on account of temporary alimony until the determination of the appeal by this court and on the further condition that the appellant be ready to argue or submit the appeal on October 1, 1962, for which day the appeal is ordered to be placed on the calendar; the papers on appeal and the appellant's brief to be served and filed on or before August 31, 1962. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.